816 A.2d 1046

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. HENRY FRAGASSE, DEFENDANT–MOVANT.

February 13, 2003.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

816 A.2d 1046

JORGE O. CAVIGLIA AND MABEL BRUN CAVIGLIA, PLAIN-
TIFFS–RESPONDENTS, v. ROYAL TOURS OF AMERICA
AND HECTOR MUNDO, DEFENDANTS–MOVANTS.

February 28, 2003.

Leave to appeal is granted.